**Order entered December 20, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01322-CV

### IN THE INTEREST OF B.M.B. AND K.A.B., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

### ORDER

This is an accelerated appeal involving the termination of appellant's parental rights. Before the Court is the December 19, 2022 request of Francheska Duffey, Official Court Reporter for the 330th Judicial District Court for a thirty-day extension of time to file the reporter's record. We **GRANT** the request **only to the extent** that we extend the deadline to **January 9, 2023**.

/s/    DENNISE GARCIA
        JUSTICE